## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

EAST ROCKHILL TOWNSHIP

      v.

EAST ROCKHILL TOWNSHIP ZONING
HEARING BOARD AND JAMES
BURKEY

PETITION OF: JAMES BURKEY

: No. 264 MAL 2019
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 8th day of October, 2019, the Petition for Allowance of Appeal is
**DENIED**.